**Terrance WREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 103130

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: August 30, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 7, 2016

Application for Transfer Denied
December 20, 2016

Edward S. Thompson, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

PER CURIAM.

Terrance Wren appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).